USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2024

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                     Tel: 718-740-1000
Email: abdul@abdulhassan.com                         Fax: 718-740-2000
*Employment and Labor Lawyer*                    Web: www.abdulhassan.com

**August 3, 2024**

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

**Re: Azad v. CVS Albany, L.L.C.**
      **Case No.  24-CV-04122 (MKV)(VF)**
      **Motion for Extension of Time**

Dear Judge Vyskocil:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the August 6, 2024 deadline for Plaintiff to file his opposition to Defendant's motion to compel arbitration and stay the case to August 20, 2024. This request is being made because some additional time is needed to finalize the papers, confer with Plaintiff and due to scheduling conflicts. No prior request for an extension of this deadline was made.

     I have reached out to defense counsel late on Friday evening for his position on this request but have not yet heard back from him and will supplement this filing with his response as soon as I have it. Notably, on July 25, 2024, in response to defense counsel's request for an analysis of the claims and Plaintiff's settlement demand, I received an automated message stating that "I am out of office and will be delayed in responding."

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC


 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*


**cc:       Defense Counsel via ECF**                    1

**Granted. SO ORDERED.**

Date: 8/4/2024
New York, New York

*Mary Kay Vyskocil*

Mary Kay Vyskocil
United States District Judge